IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                  Case No. 4:06cr25-WCS

JIMMIE HARRIS KNIGHT
_____/

### Factual Basis for Plea

In support of the Plea in this case, the United States provides that following factual basis:

The government would put on the testimony that on or about June 6, 2005, defendant Jimmie Harris Knight, was a Correctional Officer and employee of the United States Bureau of Prisons assigned to the Federal Correctional Institute at Tallahassee ("FCI Tallahassee"). At this time, he had under his supervision and control an inmate at FCI Tallahassee named Joy Laubach.

The government would further put on the testimony of inmate Joy Laubach, that on June 6, 2005, defendant Knight ~~asked~~ *and* Laubach *were in* ~~to go to~~ the back of the office area, where there were no other staff present. Laubach would testify that Knight locked a door to ensure privacy and began touching Laubach and kissing her on the neck and fondling her breasts. Laubach would testify that they continued to fondle each other. ~~when Knight unzipped his pants and pulled out his penis~~. Laubach would testify that she did not want to have intercourse, and consequently performed oral sex on Knight. Knight ejaculated into his and Laubach's hand. Laubach would testify that she wiped her hand on her tee-shirt. ~~Laubach said that on Tuesday, June 7, 2005, Knight gave her a $20.00 bill in exchange for the sex.~~ *Laubach would testify that this was the only time she had sexual contact with Knight.*

FILED IN OPEN COURT THIS

6-16-06
_____
CLERK, U. S. DISTRICT
COURT, NORTH. DIST. FLA.

The government would also introduce the results of a comparison between the DNA analysis of the semen on Laubach's tee-shirt and DNA obtained from a buccal swab of defendant Knight. The results of this analysis were that the DNA from the tee shirt matched the DNA from the defendant.

Respectfully submitted this 16th day of June, 2006,

_____
R. TIMOTHY JANSEN
Attorney for Defendant

_____
JIMMIE HARRIS KNIGHT
Defendant

6/16/06
Date

GREGORY R. MILLER
United States Attorney

_____
ROBERT O. DAVIS
Assistant United States Attorney
D.C. Bar No. 250274
111 North Adams St., 4th Floor
Tallahassee, FL 32301
(850) 942-8430

6/16/06
Date

2