IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 4:06cr25-SPM/WCS

JIMMIE HARRIS KNIGHT

_____/

**ORDER OF LIMITED REMAND
AND ORDER TO SHOW CAUSE**

This cause comes before the Court on the letter by Jimmie Harris Knight requesting early termination of probation.  Doc. 25.  The term of probation was imposed by the magistrate judge, who exercised jurisdiction by consent under Title 18, United States Code, Section 3401(b).  Under normal circumstances, Mr. Knight's request for early termination of probation should have been referred to the magistrate judge in accordance with Title 18, United States Code, Sections 3401(d) and 3564(c).

Mr. Knight, however, filed with this Court a direct appeal of his judgment and sentence of probation.  Doc. 23.  That appeal remains pending, even though there have been no briefs filed and no other activity in the appeal.  The pending appeal may present a jurisdictional obstacle to Mr. Knight's request for early

termination of probation, which can be addressed by limited remand.  United States v. Ellsworth, 814 F.2d 613 (11th Cir. 1987).  As for the appeal, because Mr. Knight has not filed an initial brief as required under Northern District of Florida Local Rule 88.2, his appeal may be subject to dismissal for failure to prosecute.  Accordingly, it is

ORDERED AND ADJUDGED:

1. This case is remanded to the magistrate judge for the limited purpose of ruling on Mr. Knight's request for early termination of supervised release, which may be granted or denied in the discretion of the magistrate judge.

2. Mr. Knight shall have twenty (20) days from the date of the magistrate judge's ruling to file with this Court a written showing of good cause why his appeal should not be dismissed for failure to prosecute.  Failure to file the written showing of good cause as ordered will result in the dismissal of the appeal.

DONE AND ORDERED this 23rd day of June, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.: 4:06cr25-SPM/WCS