IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                          CASE NO.: 4:06cr25-SPM/WCS

JIMMIE HARRIS KNIGHT

_____/

## ORDER DISMISSING APPEAL

This cause comes before the Court on Defendant Jimmie Harris Knight's notice of withdrawal of his appeal (doc. 28).  Mr. Knight explains that he no longer wishes to pursue his appeal.  Accordingly, it is

ORDERED AND ADJUDGED that the appeal is dismissed.

DONE AND ORDERED this 23rd day of July, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge